STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, County of New York

..................................................................................

Joseph M. Jabbour, M.D.

                against          Plaintiff(s)

Penn Mutual Life Insurance Company

                                                                     Defendant(s)

07 CV 7874

..................................................................................

RE : Penn Mutual Life Insurance Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on September 7, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Evan Sarzon, P.C.
    40 Exchange Place- Suite 1300
    New York, New York 10005

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

    Joseph J. Horvath
    Penn Mutual Life Insurance Company
    Independence Square
    Philadelphia, Pennsylvania 19172

*Salvatore Castiglione* (signature)

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, September 10, 2007
419651       C.A.#187190