UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JOSEPH M. JABBOUR, M.D.,                :   Civil Action No. 07 CIV 7874
                                        :              (JES)
                    Plaintiff,          :
                                        :
     -- against --                      :   STIPULATION EXTENDING
                                        :   TIME TO ANSWER, PLEAD,
PENN MUTUAL LIFE INSURANCE COMPANY,     :   OR OTHERWISE MOVE
                                        :
                    Defendant.          :
                                        :
------------------------------------x

IT IS HEREBY STIPULATED by the undersigned attorneys for the parties that:

1. The time for Penn Mutual Life Insurance Company to serve an answer, plead, or otherwise move with respect to the complaint, dated September 6, 2007, shall be extended to November 5, 2007;

2. Penn Mutual Life Insurance Company hereby waives the defense of insufficiency of service of process under Fed. R. Civ. P. 12(b)(5) with respect to the complaint; and

3. A copy or facsimile copy of this stipulation may be filed with the Court as if it were an original.

EVAN SARZIN, P.C.                           WHITE AND WILLIAMS LLP

/s/ Evan Sarzin                             /s/ Rebecca J. Waldren
Evan Sarzin (ES-3709)                       Rebecca J. Waldren (RJW-7042)
40 Exchange Place – Ste. 1300               One Penn Plaza – Ste. 1801
New York, NY 10005                          New York, New York 10119
Phone: 212.344.6500                         Phone: 212.244.9500
Fax: 212.344.0794                           Fax: 212.631.4433
*Attorneys for plaintiff Joseph M.*         *Attorneys for defendant Penn Mutual Life*
*Jabbour, M.D.*                             *Insurance Company*

Dated: 10-3-07

                                            SO ORDERED

                                            /s/ Peter K. Leisure
                                        for JOHN E. SPRIZZO, U.S.D.J.

PHLDMS1 3349383v.1

Oct 03 07 10:58a    Evan Sarzin    12123440794    p.2
10/03/2007 10:29 FAX 2122446200    WHITE AND WILLIAMS LLP    @002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

JOSEPH M. JABBOUR, M.D.,

    Plaintiff,

-- against --

PENN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

---------------------------------------------------------x

Civil Action No. 07 CIV 7874
(JES)

**STIPULATION EXTENDING TIME TO ANSWER, PLEAD, OR OTHERWISE MOVE**

IT IS HEREBY STIPULATED by the undersigned attorneys for the parties that:

1. The time for Penn Mutual Life Insurance Company to serve an answer, plead, or otherwise move with respect to the complaint, dated September 6, 2007, shall be extended to November 5, 2007;

2. Penn Mutual Life Insurance Company hereby waives the defense of insufficiency of service of process under Fed. R. Civ. P. 12(b)(5) with respect to the complaint; and

3. A copy or facsimile copy of this stipulation may be filed with the Court as if it were an original.

EVAN SARZIN, P.C.

_____
Evan Sarzin (ES-3709)
40 Exchange Place – Ste. 1300
New York, NY 10005
Phone: 212.344.6500
Fax: 212.344.0794
*Attorneys for plaintiff Joseph M. Jabbour, M.D.*

Dated: 10-3-07

WHITE AND WILLIAMS LLP

_____
Rebecca J. Waldren (RJW-7042)
One Penn Plaza – Ste. 1801
New York, New York 10119
Phone: 212.244.9500
Fax: 212.631.4433
*Attorneys for defendant Penn Mutual Life Insurance Company*

**SO ORDERED**

_____
JOHN E. SPRIZZO, U.S.D.J.

PHLDMS1 3349383v.1