UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH M. JABBOUR, M.D., | Civil Action No. 07 CIV 7874 (JES) |
| Plaintiff, | |
| v. | **PENN MUTUAL LIFE INSURANCE COMPANY'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| PENN MUTUAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned attorney for Defendant Penn Mutual Life Insurance Company states the following:

Penn Mutual Life Insurance Company is established as a mutual.

DATED: November 5, 2007

WHITE AND WILLIAMS LLP

BY: _____
ROBERT WRIGHT, ESQ. (RW-0971)
One Penn Plaza
18th Floor, Suite 1801
New York, New York 10119
212.244.9500
*Attorneys for Defendant Penn Mutual Life Insurance Company*

PHLDMS1 3725769v.1