UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Joseph M. Jabbour, M.D.

                Plaintiff(s),

- against -

Penn Mutual Life Insurance Co.

                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 7874 (HB)(RE)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
EVAN SARZIN, PC
Attorney(s) for Plaintiff(s)
Address 46 Exchange Place Ste 1300
Telephone New York, NY 10005
212-344-6500

_____
Robert Wright
Attorney(s) for Defendant(s)
Address 1 Penn Plaza
Telephone New York NY
212 631 4402

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
U.S.D.J.

Magistrate Judge  Ron Ellis  was assigned this case on  3/20/08 .

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

IH-30