```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. JOSEPH M. JABBOUR,

                              Plaintiff,

            - against -

PENN MUTUAL LIFE INSURANCE COMPANY,

                            Defendant.

**ORDER**

07 Civ. 7874 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on April 17, 2008, at which Defendant failed to appear,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference on **July 22, 2008, at 10:00 a.m.**

**SO ORDERED this 18th day of April 2008**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge