```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. JOSEPH M. JABBOUR,

                Plaintiff,

- against -

PENN MUTUAL LIFE INSURANCE COMPANY,

                Defendant.

ORDER

07 Civ. 7874 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on July 22, 2008,

    **IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference on September 11, 2008, at 10:00 a.m.

**SO ORDERED** this 22nd day of July 2008
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge