```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH M. JABBOUR, M.D.,

          Plaintiff,

- against -

PENN MUTUAL LIFE INSURANCE COMPANY,

          Defendant.

ORDER

07 Civ. 7874 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on September 11, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference on December 4, 2008, at 10:00 a.m.

**SO ORDERED** this 11th day of September 2008
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge