Case 1:07-cv-07874-RLE   Document 17   Filed 03/12/09   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-12-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH M. JABBOUR, M.D.,

       **Plaintiff,**

  - against -

PENN MUTUAL LIFE INSURANCE COMPANY,

       **Defendant.**

**ORDER**

07 Civ. 7874 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

  It having been reported to this Court that the above-captioned matter has been settled,

  **IT IS HEREBY ORDERED THAT** this action be discontinued without costs to either party and without prejudice to restore the action to the calendar of the undersigned if the settlement is not effectuated within thirty (30) days.

**SO ORDERED this 12th day of March 2008**
**New York, New York**

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge